UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

ANNAMMA BROJER,

                Plaintiff,

   -against-                                  **PARTIAL JUDGMENT**
                                                        11-CV-3156 (JS)(WDW)

GEORGE KURIAKOSE, ANNE KURIAKOSE,
KOCHUMON,

                Defendants.

----------------------------------------------------------X

     An Order of Honorable Joanna Seybert, United States District Judge, having been filed on July 20, 2011, dismissing Plaintiff Michael Brojer's ("Plaintiff") claims against Defendants U.S. Department of State, and USCIS Homeland Security and ICE Division, and directing Plaintiff to file an Amended Complaint within sixty (60) days; and an Order of Honorable Joanna Seybert, having been filed on September 26, 2011, dismissing Michael Brojer's claims, entering judgment accordingly, and denying *in forma pauperis* status for the purpose of an appeal, it is

     **ORDERED AND ADJUDGED** that Plaintiff Michael Brojer take nothing of Defendants; that Michael Brojer's claims are hereby dismissed; and that *in forma pauperis* status for the purpose of an appeal is denied.

Dated: Central Islip, New York
          September 28, 2011

                                                           ROBERT C. HEINEMANN
                                                           CLERK OF THE COURT

                                       BY:    /S/ CATHERINE VUKOVICH
                                                              DEPUTY CLERK