```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
ANNAMMA BROJER,

                Plaintiff,
                                        MEMORANDUM AND ORDER
        -against-                       11-CV-3156(JS)(WDW)

GEORGE KURIAKOSE, ANNE KURIAKOSE,
and KOCHUMON,

                Defendants.
----------------------------------X
APPEARANCES:
For Plaintiffs:     Annamma Brojer, Pro Se
                    Manthattathil House
                    Eranakulam Kalloorkad
                    Kerala
                    India
                    485 228 8992

For Defendants:     No appearances.
```

SEYBERT, District Judge:

Presently pending before the Court is the pro se Amended Complaint brought by pro se plaintiff Annamma Brojer ("Plaintiff") accompanied by an application to proceed in forma pauperis. Upon review of the declaration in support of the application to proceed in forma pauperis, the Court determines that the Plaintiff's financial status qualifies her to commence this action without prepayment of the $350.00 filing fee. See 28 U.S.C. §§ 1914(a); 1915(a)(1). Therefore, Plaintiff's request to proceed in forma pauperis is GRANTED.

Having reviewed the pro se Amended Complaint, the undersigned declines to conclude at this stage that the within action is frivolous or malicious within the meaning of 28 U.S.C. §

1915.  While it may be that Plaintiff is unable to prevail on her claim, the Court's uncertainty does not justify dismissal at this early juncture.  McEachin v. McGuinnis, 357 F.3d 197, 200 (2d Cir. 2004).  Accordingly, the application to proceed in forma pauperis is GRANTED and the Court orders service of the Amended Complaint without prepayment of the filing fee.

The Clerk of the Court is directed to forward to the United States Marshal for the Eastern District of New York copies of Plaintiff's Summons, Amended Complaint, and this Order for service upon the Defendants without prepayment of fees.  Furthermore, the Clerk is directed to mail a copy of this Order to the Plaintiff.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal.  See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

SO ORDERED.

/s/ JOANNA SEYBERT
JOANNA SEYBERT, U.S.D.J.

Dated: November   22  , 2011
      Central Islip, New York