Case 2:11-cv-03156-JS-WDW   Document 47   Filed 08/19/13   Page 1 of 1 PageID #: 411

FILED
CLERK

8/19/2013 2:14 pm

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ANNAMMA BROJER,

              Plaintiff,

   - against -

KURIAKOSE GEORGE s/h/a GEORGE
KURIAKOSE, ANN KURIAKOSE GEORGE
s/h/a ANNE KURIAKOSE, and KOCHUMON,

              Defendants.
----------------------------------------------------------------X

**JUDGMENT**
CV-11-3156 (JS)(WDW)

     A Memorandum and Order of Honorable Joanna Seybert, United States District Judge, having been filed on August 16, 2013, overruling Plaintiff's objections, affirming the June 6, 2013 Report and Recommendation of Magistrate Judge William D. Wall in its entirety, dismissing Plaintiff's Amended Complaint with prejudice for failure to prosecute, denying *in forma pauperis* status for the purpose of an appeal, and directing the Clerk of the Court to mark this case closed, it is

     **ORDERED AND ADJUDGED** that Plaintiff take nothing of Defendants; that Plaintiff's Amended Complaint is dismissed with prejudice for failure to prosecute; that *in forma pauperis* status for the purpose of an appeal is denied; and that this case is hereby closed.

Dated: Central Islip, New York
       August 19, 2013

                                       DOUGLAS C. PALMER
                                       CLERK OF THE COURT

                           BY:    /s/ CATHERINE VUKOVICH
                                       DEPUTY CLERK